## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEENARD J. FORD, </br></br>  Plaintiff, </br> v. </br></br> LEROY WHITE, Individually, and as Agent for </br> YALE ENFORCEMENT SERVICES, INC., and </br> OFFICER MONTEZ HUDSON, Individually, </br> And as agent for EAST ST. LOUIS POLICE </br> DEPARTMENT, </br></br>  Defendants. | Cause No. 07-CV-759-WDS |

### ORDER ON MOTION TO DISMISS A PARTY(S)

Plaintiff's motion to dismiss defendant Montez Hudson and East St. Louis Police Department with prejudice is **GRANTED.**


DATED:   October 24, 2008              s/WILLIAM D. STIEHL
                                       UNITED STATES DISTRICT COURT JUDGE